

John SKRZYPIEC et al.

v.

AQUA FUN, INC.

No. 78–222–A.

Supreme Court of Rhode Island.

Dec. 28, 1979.

Thomas T. Brady, Inc., Thomas T. Brady, Tiverton, for plaintiff.

John F. Cuzzone, Jr., Providence, for defendant.

### ORDER

This case is assigned to the February, 1980 *show cause* calendar. The parties are directed to appear and show cause why the order appealed from should not be vacated, the writ of execution recalled, and the case remanded to the Superior Court for disposition of the remaining claims prior to the entry of final judgment. See *Grant v. Ward Cabin Co.*, 109 R.I. 605, 288 A.2d 708 (1972).

DORIS, J., did not participate.

STATE

v.

Vincent GIORDANO.

No. 78–171–C.A.

Supreme Court of Rhode Island.

Dec. 28, 1979.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Special Asst. Atty. Gen., for plaintiff-respondent.

Vincent Giordano, petitioner, pro se.

### ORDER

The petitioner's motion for transcript of the Superior Court bail hearing as prayed is denied as moot. The petition for writ of habeas corpus is denied.

DORIS, J., did not participate.

STATE

v.

Vincent GIORDANO.

No. 79–296–C.A.

Supreme Court of Rhode Island.

Dec. 28, 1979.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Special Asst. Atty. Gen., for plaintiff-respondent.

Vincent Giordano, petitioner, pro se.

### ORDER

The petition for writ of habeas corpus is denied.

DORIS, J., did not participate.

In the Matters of MELISSA E., PATRICIA E.

No. 79–522–M.P.

Supreme Court of Rhode Island.

Jan. 10, 1980.

Supreme Court of Rhode Island.

Mary M. Lisi, Asst. Public Defender, for petitioners.